JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN EDWARD SWANSON, an individual, & ROSE MARY MONTANO, an individual,<br><br>    Plaintiffs,<br><br>        v.<br><br>GENERAL MOTORS LLC, a Delaware limited liability company,<br><br>    Defendant. | 2:25-cv-07635-DSF-PD<br><br>Order GRANTING Plaintiffs' Motion to Remand (Dkt. 15) |

    The Court previously found Defendant's notice of removal inadequate to support federal jurisdiction but granted Defendant leave to amend by November 17, 2025. Dkt. 22. Defendant has not amended its notice; Plaintiffs' motion to remand is therefore GRANTED.

    The case is REMANDED to the Superior Court of California, County of Los Angeles.

    IT IS SO ORDERED.

Date: December 2, 2025

                                                Dale S. Fischer
                                                United States District Judge